UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TARIQ ELSHABBA, on behalf of himself
and those similarly situated,

        Plaintiff,

                              Case No. 21-cv-12948

v.

JEFFERSON CAPITAL SYSTEMS, LLC.,

        Defendant.

_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Jefferson Capital Systems, LLC ("JCAP"), hereby removes this action from the Passaic County Superior Court of New Jersey, State of New Jersey, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, JCAP states as follows:

1.    On or about May 26, 2021, plaintiff, Tariq Elshabba (plaintiff), commenced a civil action in the Passaic County Superior Court of New Jersey, State of New Jersey, entitled and captioned *Tariq Elshabba v Jefferson Capital Systems, LLC,* Case No. PAS-L-1676-21 (hereinafter the "State Court Action"). No further proceedings before the State Court have occurred.

2.    In the Complaint, plaintiff alleges statutory causes of action against JCAP under the Fair Debt Collection Practices Act, (FDCPA), 15 U.S.C. § 1692, *et seq.* A true and correct copy of plaintiff's Complaint is attached hereto as **Exhibit A**. Therefore, this

Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because plaintiff's Complaint alleges a cause of action arising under the laws of the United States. Because plaintiff affirmatively alleges violations of the FDCPA, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

3. On May 27, 2021, JCAP was served with a copy of the Summons and Complaint.

4. The time within which JCAP is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired.  This Notice of Removal is timely, having been filed within 30 days of the date on which JCAP was served with plaintiff's Complaint.  *See* 28 U.S.C. § 1446.

5. The Passaic County Superior Court of New Jersey, State of New Jersey, is located within the United States District Court for the District of New Jersey.  Therefore, venue for purposes of removal is proper because the United States District Court for the District of New Jersey embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6. Written notice of this Notice of Removal of this action is being immediately provided to the Passaic County Superior Court of New Jersey, State of New Jersey.  *See* **Exhibit "B"** attached hereto.

7. Written notice of this Notice of Removal of this action is being caused to be served on all counsel and parties of record.

WHEREFORE, defendant, Jefferson Capital Systems, LLC, gives notice that this action is removed from the Passaic County Superior Court of New Jersey, State of New Jersey, to the United States District Court for the District of New Jersey.

Dated: June 24, 2021

                                        Respectfully Submitted,

                                        /s/ Aaron R. Easley
                                        Aaron R. Easley, Esq.
                                        Sessions Israel & Shartle, LLC
                                        3 Cross Creek Drive
                                        Flemington, NJ 08822
                                        Telephone: (908) 237-1660
                                        Facsimile: (877) 344-0661
                                        Email: aeasley@sessions.legal
                                        *Attorneys for Defendant,*
                                        *Jefferson Capital Systems, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2021, a copy of the foregoing was served electronically via CM/ECF on the following:

                                 Philip D. Stern, Esq.
                                 Kim Law Firm LLC
                  411 Hackensack Avenue 2nd Floor
                            Hackensack, NJ  07601

                                        /s/ Aaron R. Easley
                                        Attorney